# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

                vs.

    David Chavez

                Defendant.

Case No.  25-cr-01457-BJC

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial  if held.

Dated:  5/6/2026

Hon. Michael S. Berg
United States Magistrate Judge